IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JOSE GALLARADO-PEREZ,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS;
Warden T. JOHNS; Assoc. Warden
CRAIG CHALMERS; FNUK BYERS;
BOP PRIVATIZATION MANAGEMENT
BRANCH DIRECTOR; BOP CENTRAL
OFFICE DIRECTOR; and Dr. S. W.
CLARK,

    Defendants.

CIVIL ACTION NO.: CV513-099

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asks the Court to construe his Complaint "into the appropriate form" so that he can pursue his Eighth Amendment claims against Defendants. (Doc. No. 10, p. 2). As the Magistrate Judge informed Plaintiff, he cannot bring a cause of action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), against the named Defendants in this Court. Rather, Plaintiff can pursue his claims in a state court.

Plaintiff also requests the appointment of counsel. There is no constitutional right to appointed counsel in civil cases such as this one. "A court's appointment of counsel in a civil case is warranted only in exceptional circumstances, and whether such

circumstances exist is committed to the district court's discretion." Smith v. Fla. Dep't of Corr., 713 F.3d 1059, 1063 (11th Cir. 2013). The prerequisite exceptional circumstances do not exist in this case. Plaintiff's Motion is **DENIED**.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 14 day of June, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)